

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-14-00916-CR & 04-14-00917-CR

Eberto A. **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2009CR2760 & 2011CR5500
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED. Counsel's motions to withdraw are GRANTED.

SIGNED October 7, 2015.

_____
Karen Angelini, Justice